# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

QUINTON SETTLES
ADC #160480                                                              PLAINTIFF

v.                          Case No. 4:18-cv-00272-KGB-JJV

MOLDEN, Psychiatrist; *et al.*                                          DEFENDANTS

## ORDER

Before the Court are the Proposed Findings and Recommendations filed by United States Magistrate Judge Joe J. Volpe (Dkt. No. 6). No objections to the Proposed Findings and Recommendations have been filed, and the time for objections has passed. Accordingly, this Court adopts the Proposed Findings and Recommendations in all respects (Dkt. No. 6). Plaintiff Quinton Settles' amended complaint is hereby dismissed without prejudice (Dkt. No. 5). Also, in response to informal communications from Mr. Settles to the Court, the Court notes that neither it nor the Clerk of Court provide form notices of appeal or forms for motions to alter. Mr. Settles is not foreclosed from preparing and filing such documents, but the Court does not provide standard forms.

Dismissal of this action counts as a "strike" for purposes of 28 U.S.C. § 1915(g). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

So ordered this 22nd day of June, 2018.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge