IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**QUINTON SETTLES**
**ADC #160480**                                                                                                 **PLAINTIFF**

v.                               **Case No. 4:18-cv-00272-KGB-JJV**

**MOLDEN, Psychiatrist;** *et al.*                                                            **DEFENDANTS**

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby dismissed without prejudice.

So adjudged this 22nd day of June, 2018.

                                                                      Kristine G. Baker
                                                                      United States District Judge